# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

FILED NOV 04 2025, Clerk of Court, U.S. District Court Wisconsin Eastern

(Full name of plaintiff(s))

Ms. Clara M. Davis
700 S. Memorial Dr #9
Appleton, WI 54911

v.

Case Number: 25-C-1718
(to be supplied by Clerk of Court)

(Full name of defendant(s))

Focus PM LLC / dba Focus Property Management
109 E. 8th St. Suite 1
Kaukauna, WI 54130

## A. PARTIES

1. Plaintiff is a citizen of __Wis__ (State) and resides at

   700 S. Memorial Dr #9 (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Focus PM LLC / Focus Property Management (Name)

Complaint – 1

is (if a person or private corporation) a citizen of __Wisconsin__ (State, if known)

and (if a person) resides at __Unknown (Bus) 100 E. 8th St #1 Kaukauna W,__ 54130
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __N/A__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. Focus Property Management is 7-1-21 present trying to extort money from me for services they don't provide. Charging me $49.00 mthly for Internet they don't provide and 5 day notices to evict me, even though rent + water bills are paid and on time each month. Don't know why it's happening.

2. Harrassment - for months, Focus PM has harrassed me, tried bullying me and threats to evict me if I didn't pay the money for internet + gas services they don't provide. I have WE Energy since 2020 and didn't/don't need Focus Property Management Gas. I told Jordan

3) The internet we fought over because I told them I didn't need it, and they said it was MANDATORY. I still refused and all they put in my wall is the wall covering (like for plugs) No Internet

4. Gave my apt key to 3 strange me w/o my permission. 1 man walked in on me while I was in Bed. I WAS TERRIFIED. 3 different days this happened even after I told them I didn't need it.

5. These particularly egregious acts by Focus were intentional infliction of Emotional distress and they didn't care

C.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 300,000.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

2 Years rent free @ 700. If I move, pay remainder of Balance to me. Money is focus bottom line. They care nothing about tenants, just goes thru motion. Putting my life on the line, really Disrespectful

E.  JURY DEMAND

   I want a jury to hear my case.

   ☐ – YES          ☑ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 29th day of October, 20 25.

Respectfully Submitted,

_____
Signature of Plaintiff

972-999-7988
Plaintiff's Telephone Number

Freedom2love1@yahoo.com
Plaintiff's Email Address

700 S. Memorial Dr #4
Appleton, WI 54911
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 1:25-cv-01718-WCG    Filed 11/04/25    Page 5 of 5    Document 1